venire or the jury selected due to racial composition; therefore, the second point on appeal is denied.

■ Farley's final point is based on the trial court's submission of jury instruction MAI–Cr3rd 302.04, defining proof beyond a reasonable doubt. Since Farley did not raise an objection to the use of this instruction either at trial or in his motion for a new trial, it is not preserved for appellate review and, thus, is reviewable only for plain error. *State v. Adams*, 808 S.W.2d 925, 933 (Mo., App.1991) (*citing State v. Holt*, 592 S.W.2d 759, 776 (Mo. banc 1980)). Had it been preserved, the result would be the same since the Missouri Supreme Court has held the reasonable doubt instruction to be appropriate and does not improperly lower the state burden's of proof. *State v. Griffin*, 848 S.W.2d 464, 469 (Mo. banc 1993). The point is denied.

The judgment is affirmed.

All concur.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant appeals his conviction, by a jury, for possession of a controlled substance, § 195.202, RSMo Supp.1992. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.- 25(b).

■

**STATE of Missouri, Plaintiff/Respondent,**

v.

**James CLARK, Defendant/Appellant.**

**James CLARK, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

Nos. 62061, 63542.

Missouri Court of Appeals, Eastern District, Division One.

Oct. 26, 1993.

■

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Kenneth WILSON, Defendant/Appellant.**

No. 62768.

Missouri Court of Appeals, Eastern District, Division One.

Oct. 26, 1993.

John A. Klosterman, St. Louis, for defendant, appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

Henry B. Robertson, St. Louis, for defendant, appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.